**AFFIRMED; Opinion Filed November 25, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00427-CR
No. 05-15-00428-CR
No. 05-15-00429-CR

**HECTOR OMAR ROMERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-71161-H, F12-71361-H, F12-71362-H**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Evans

Hector Omar Romero appeals his convictions, following the adjudication of his guilt, for three offenses of third-degree-felony assault involving family violence.. *See* TEX. PENAL CODE ANN. § 22.01(a)(1), (b)(2)(A) (West Supp. 2015) (previous assault/family violence conviction); TEX. FAM. CODE ANN. §§ 71.0021, 71.005 (West 2014 & Supp. 2015). The trial court assessed punishment at eight years' imprisonment in each case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional

evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/s/ David Evans
DAVID EVANS
JUSTICE

Do Not Publish
Tex. R. App. P. 47
150427F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HECTOR OMAR ROMERO, Appellant

No. 05-15-00427-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the  Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F12-71161-H).
Opinion delivered by Justice Evans,
Justices Francis and Stoddart participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered this 25th day of November, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HECTOR OMAR ROMERO, Appellant

No. 05-15-00428-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the  Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F12-71361-H).
Opinion delivered by Justice Evans,
Justices Francis and Stoddart participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered this 25th day of November, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HECTOR OMAR ROMERO, Appellant

No. 05-15-00429-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F12-71362-H).
Opinion delivered by Justice Evans,
Justices Francis and Stoddart participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered this 25th day of November, 2015.